WILLIAM RUSSELL *versus* SOLOMON SIBLEY, ADMINISTRATOR, ETC., OF JAMES HENRY, DECEASED, WILLIAM HENRY, STEPHEN C. HENRY, CAROLINE HENRY, ELIZA HENRY, HARIOT HENRY, AMELIA HENRY, LYDIA HENRY, JULIAN HENRY, KITTY HENRY, MARIA HENRY, GEORGE HENRY, JAMES HENRY, ANN HENRY, WILLIAM MOLTHER, AND JOHN JOSEPH MOLTHER, HEIRS AT LAW OF JAMES HENRY, DECEASED

JOURNAL ENTRIES (1817–26): *Journal 2:* (1) Motion for advertisement *p. 549; (2) pendency of bill ordered published, rule to answer *p. 603; (3) rule to appear, publication ordered *p. 665. *Journal 3:* (4) Leave to withdraw answer, rule to answer continued *p. 265. *Chancery Journal:* (5) Continued *p. 52. *Journal 3:* (6) Objection to deposition, motion to amend direction overruled, witnesses sworn *p. 510; (7) witness sworn *p. 511. *Journal 4:* (8) Witnesses sworn, referred to master MS p. 61; (9) continued under advisement MS p. 70; (10) decree pronounced and filed MS p. 112; (11) notice of appeal to U. S. Supreme Court MS p. 114; (12) rule for recognizance on appeal MS p. 124.

PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return; (3) draft of order for publication; (4) subpoena duces tecum; (5) answer of Solomon Sibley; (6) replication; (7) sheriff's bill of fees; (8) precipe for subpoena; (9–10) subpoenas; (11) notice of taking deposition; (12) precipe for subpoena; (13–14) subpoenas; (15) precipe for subpoena; (16)

subpoena duces tecum; (17) evidence given in open court by George McDougall, James Chittenden, Joseph Spencer, Elizabeth Chittenden and John P. Sheldon; (18) affidavit of publication; (19–20) subpoenas; (21) rule of reference to master; (22) evidence given by James McCloskey, Robert Smart, David Cooper, Samuel Sherwood and Jerry Dean; (23) master's report; (24) schedule A referred to in master's report; (25) exceptions to master's report; (26) affidavit of value of land in controversy; (27) notice of intention to appeal to U. S. Supreme Court; (28) master's bill of fees; (29–30) copies of ledger entries; (31) order for harness; (32) receipt for moccasins; (33) promissory note; (34) receipt for £376.3.8; (35–53) statements of accounts; (54) memo. of dates of deeds from governor and judges to James Henry.

*Office Docket*, MS p. 51, c. 2. (Case 1 of 1820)